NORTH CAROLINA JOINT STOCK LAND BANK ET AL. v. R. L. SHUFORD AND K. J. INGLE.

(Filed 10 May, 1933.)

**Appeal and Error J b—**

A motion to set aside the verdict as against the weight of the evidence is addressed to the discretion of the trial court, and his action thereon is not reviewable on appeal.

APPEAL by defendant, K. J. Ingle, from *Cowper, Special Judge,* at February Special Term, 1933, of CATAWBA.

Summary proceeding in ejectment, commenced in the court of a justice of the peace, and tried *de novo* on appeal to the Superior Court of Catawba County, where verdict and judgment were rendered for plaintiffs, from which the defendant, K. J. Ingle, appeals.

*J. C. Rudisill, Wade H. Lefler and Feimster & Feimster for plaintiffs. Shuford & Huffman for defendant, Ingle.*

PER CURIAM. Error is assigned (1) "to the issues as answered by the jury"; (2) "to the refusal of the court to set aside the verdict as contrary to the weight of the evidence"; and (3) "to the judgment as signed by the court."

The only error suggested in appellant's brief is the refusal of the court to set aside the verdict as contrary to the weight of the evidence. This was a matter addressed to the discretion of the trial court, and is not reviewable on appeal. *Goodman v. Goodman,* 201 N. C., 808, 161 S. E., 686; *Whitted v. Fuquay,* 127 N. C., 68, 37 S. E., 141.
Affirmed.